IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KEYANA N. CLARK, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-1609-N |
| | § | |
| JASON GARDNER, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.

But Plaintiff did file a notice [Dkt. No. 15] adding more than 50 separate claims to this action. And, like Plaintiff's initial claims in this matter, as later amended, these new claims appear only related because Plaintiff alleges that the defendants she identifies harmed her at some point in time.

Plaintiff therefore continues to disregard the Court's previous directives to file an amended complaint that complies with Federal Rule of Civil Procedure 20(a). And her recent actions further support the Magistrate Judge's recommendation that this action should be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Accordingly, the District Court, having reviewed the proposed findings, conclusions, and recommendation for plain error, and finding none, the ACCEPTS

1

the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court also DENIES Plaintiff's motion to appoint counsel [Dkt. No. 16].

SO ORDERED this 13th day of April, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE